# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1230
LT Case No. 2018-CF-000328-A

_____

BRIAN CARL VANEPPS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Jack R. Maro, of Jack R. Maro, P.A., Ocala, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 20, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————